IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02141-AP

Linda C. Bleymeyer,

    Plaintiff,

v.

Jo Anne B. Barnhart,  Commissioner of Social Security

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Michael W. Seckar
    Law Office of Michael W. Seckar, P.C.
    402 W. 12th Street
    Pueblo, CO 81003
    (719) 543-8636

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** October 25, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** November 14, 2005

    C.    **Date Answer and Administrative Record Were Filed**:   January 13, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Both parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that the case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:**   March 8, 2006

    B.    **Defendant's Response Brief Due:**   April 7, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:** April 21, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

Neither party requests oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 25th day of January, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar
MICHAEL W. SECKAR
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)