IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02141-PSF

LINDA C. BLEYMEYER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

## ORDER SETTING ORAL ARGUMENT

---

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted.

IT IS THEREFORE ORDERED that an oral argument hearing will be held on **September 22, 2006, at 10:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado. Oral argument will be limited to 15 minutes per side.

DATED: May 25, 2006.

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge