IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02141-PSF

LINDA C. BLEYMEYER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER VACATING ORAL ARGUMENT

This matter comes before the Court following review of the file, administrative record and briefs submitted.

IT IS HEREBY ORDERED that the oral argument hearing currently scheduled for September 22, 2006 before the undersigned is VACATED. It will be rescheduled if the Court deems it necessary.

DATED: September 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge