IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02141-PSF

LINDA C. BLEYMEYER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING ATTORNEY FEES

This matter is before the Court on the parties' Stipulated Motion for Award of Attorney's Fees (Dkt. # 24).  Having reviewed the motion and the file, the Court hereby ORDERS that Plaintiff Linda C. Bleymeyer be awarded attorney fees and expenses in this matter in the amount of Five Thousand Thirty-Two Dollars and Fifty Cents ($5,032.50) under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    DATED:  January 17, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge